

# Case Assignment
## Standard Miscellaneous Assignment

Case number **3:18MC-21-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Designated Magistrate Judge : Magistrate Judge Regina S. Edwards
Magistrate Judge Code : 44AT

Assigned on 9/4/2018 10:37:36 AM
Transaction ID: 14753

[Request New Judge] [Return]