USDC KYWD - Notice Of Deficiency (Rev. 1/09)

# United States District Court
# Western District of Kentucky
# at Louisville

### *NOTICE OF DEFICIENCY*

**TO:**  Lisa Negron

**CASE #:**  3:18-mc-21-DJH

**STYLE OF CASE:**  Securities and Exchange Commission v. 1 Global Capital, LLC et al

**DOCUMENT TITLE:**  Complaint for Receivership
1

**DATE:**  9/4/2018

**BY:**  Darlene Kelly
*DEPUTY CLERK*

*Please be advised that the recent filing of the above cited document with the Clerk's Office is deficient as indicated below:*

**Filing Fee is $47.00.  Your Check for $447.00 is being returned to you along with file-stamped copies of your Complaint.**

**If you have any questions, please do not hesitate to contact me.**

**YOU ARE GRANTED 7 DAYS FROM THIS DATE TO REMEDY THE DEFICIENCY OR DEFICIENCIES IDENTIFIED ABOVE.   FAILURE TO COMPLY WITHIN 7 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT**